1  YVETTE WEINSTEIN, TRUSTEE
   6450 SPRING MOUNTAIN RD., #14
2  LAS VEGAS, NV  89146
   Telephone (702) 364-8919
3  Trustee in Bankruptcy

E-FILED: March 22, 2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re

GARLAND, RICHARD,

Debtor(s)

Case No. BK-S 09-34230 LBR
IN PROCEEDINGS UNDER CHAPTER 7

**TRUSTEE'S MOTION TO SELL PROPERTY BACK TO DEBTORS**

DATE:   April 28, 2010
TIME:   11:00 a.m.
PLACE:  Foley Federal Building, Third Floor

Comes Now United States Panel Trustee, Yvette Weinstein, and for her instant Motion alleges and states as follows:

1. The debtors filed their Chapter 7 petition for relief on December 29th 2009.

2. Yvette Weinstein was appointed the Chapter 7 Trustee and has served in that capacity ever since.

3. The Trustee seeks to sell a portion of debtors' estate pursuant to 11 U.S.C. Section 363 (B) consisting of non-exempt equity in a 1993 Sea Ray Power Boat in the sum of $3,000.00, at the rate of $250.00 per month, commencing on March 20, 2010, and continuing thereafter for a period of twelve (12) months until said non-exempt equity is paid in full.

4. No further confirmation of this sale will be sought.

//

WHEREFORE, the Trustee prays that this Court grant the Motion to sell the boat back to the debtors and for such other and further relief as this Court may deem proper.

**DATED:**  March 22, 2010

                                  */s/ Yvette Weinstein*
                                  YVETTE WEINSTEIN, TRUSTEE